1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6 |    Telephone: (415) 436-6915
   FAX: (415) 436-7169
7 |
Attorneys for Defendant
8 |

9 |                UNITED STATES DISTRICT COURT

10 |                NORTHERN DISTRICT OF CALIFORNIA

11 |                    SAN FRANCISCO DIVISION

12 |
ZHENG LIU, )
13 | and his wife LIN HE, )
) No. C 06-0533 JL
14 |         Plaintiffs, )
)
15 |         v. ) **STIPULATION TO DISMISS; AND**
) **[PROPOSED] ORDER**
16 | ALBERTO GONZALES, Attorney General of the )
United States; MICHAEL CHERTOFF, Secretary )
17 | of the Department of Homeland Security; )
EMILIO GONZALES, Director of United States )
18 | Citizenship & Immigration Services; ROBERT )
MUELLER, Director of the Federal Bureau of )
19 | Investigations; TERRY RICE, Acting Assistant )
District Director of the USCIS San Francisco )
20 | District Office, )
)
21 |         Defendants. )
)
22 |
    Plaintiffs, by and through their attorney of record, and Defendants, by and through their
23 |
attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action
24 |
in light of the adjudication of Plaintiffs' adjustment of status application.
25 |
    Each of the parties shall bear their own costs and fees.
26 |
///
27 |
///
28 |

Stip. to Dismiss
C 06-0533 JL

1  Date: March 3, 2006                    Respectfully submitted,

2                                         KEVIN V. RYAN
                                          United States Attorney
3

4
                                          _____/s/_____
5                                         EDWARD A. OLSEN
                                          Assistant United States Attorney
6                                         Attorneys for Defendants

7

8
                                          _____/s/_____
9  Date: March 3, 2006                    TRICIA WANG
                                          Attorney for Plaintiffs
10

11

12
                              **ORDER**
13
         Pursuant to stipulation, IT IS SO ORDERED.
14

15

16  Date:   March 8, 2006
                                          IT IS SO ORDERED
17                                        /s/ James Larson
                                          Judge James Larson
18

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C 06-0533 JL